UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI RUIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.: 13-CV-01508-YGR<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE OF THEIR CHOICE FOR ALL PURPOSES; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b).  This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge. The parties are advised that they may jointly request assignment to a specific magistrate judge.

Accordingly, the parties are hereby **DIRECTED** to promptly meet and confer and advise the Court, no later than Monday, July 15, 2013, whether they consent to a specific magistrate judge or judge(s) of their choice to conduct all further proceedings in the instant action.  Profiles of all magistrate judges are available on the Court's website at http://cand.uscourts.gov/judges and in the brochure, Consenting to a Magistrate Judge's Jurisdiction In the Northern District of California (.pdf), also available on the Court's website.  Should the parties stipulate, they shall jointly file a stipulation requesting referral to the agreed-upon magistrate judge(s).

The Case Management Conference scheduled for July 15, 2013 is hereby **CONTINUED** to July 22, 2013 at 2:00 p.m.  If the parties file a joint stipulation, the Case Management Conference will be vacated.

**IT IS SO ORDERED.**

Dated: July 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **[PLAINTIFF'S NAME]**,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**[DEFENDANT'S NAME]** *et al.*,<br><br>　　　　Defendant(s). | Case No.: ##-CV-####  YGR<br><br>**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____　　　_____

_____　　　_____
Attorney for Plaintiff　　　　　　　　　　　Attorney for Defendant


Dated:_____