**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI RUIZ,<br><br>     PLAINTIFF(S),<br><br>     VS.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION,<br><br>     DEFENDANT(S). | Case No.: 13-cv-1508-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER; ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on July 22, 2013.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 12/9/13 at 2:00 p.m. |
| REFERRED TO A MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE TO BE COMPLETED BY: | 11/1/13 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 8/9/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 1/17/14 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 12/6/13<br>Rebuttal: 12/20/13 |
| EXPERT DISCOVERY CUTOFF: | 1/17/14 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 2/11/14 |

Trial dates will be set at the next Case Management Conference or by future Court Order.

As noted above, pursuant to Local Rule 72-1, this matter is **REFERRED** to a Magistrate Judge to conduct a settlement conference by no later than November 1, 2013. Should the case settle, the parties are ordered to file a Notice of Settlement within two business days so that the Court may

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

vacate any pending dates.  The parties will be advised of the date, time, and place of the settlement conference by notice from the assigned Magistrate Judge.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 25, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc:   MagRef Email