SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax
Attorneys for Plaintiff

George G. Weickhardt (CA 58586)
gweickhardt@rmkb.com
Wendy C. Krog (CA 257010)
wkrog@rmkb.com
**ROPERS, MAJESKI, KOHN & BENTLEY**
75 Broadway Street
San Francisco, CA 94105-1667
415.543.4800 Ph; 415.972.6301 Fx
Attorneys for Defendant Chase Bank USA, N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LORI RUIZ, <br><br> Plaintiff, <br><br> v. <br><br> CHASE BANK USA, NATIONAL ASOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: 4:13-cv-01508-YGR <br><br> STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER |

STIPULATED REQUEST FOR DISMISSAL - 1

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

    IT IS HEREBY STIPULATED by and between Plaintiff Lori Ruiz and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

                                      **Sagaria Law, P.C.**

Dated:   November 14, 2013          /s/ *Jarrett S. Osborne-Revis*
                                          Jarrett S. Osborne-Revis
                                          Attorneys for Plaintiff

Dated: November 14, 2013        **ROPERS, MAJESKI, KOHN & BENTLEY, P.C.**

                                          By: /s/ *GEORGE G. WEICKHARDT*
                                               GEORGE G. WEICKHARDT
                                               WENDY C. KROG
                                               Attorneys for Defendant
                                               CHASE BANK USA, N.A.

I, Jarrett S. Osborne-Revis, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that George G. Weickhardt has concurred in this filing.
/s/ *Jarrett S. Osborne-Revis*

~~[PROPOSED]~~ **ORDER**

IT IS SO ORDERED.

DATED: November 15, 2013                            _____
                                                       UNITED STATES DISTRICT JUDGE