1    SCOTT J. SAGARIA (SBN 217981)
     SJSagaria@sagarialaw.com
2    ELLIOT W. GALE (SBN 263326)
     Egale@sagarialaw.com
3    JARRETT S. OSBORNE-REVIS (SBN 289193)
     Josborne@sagarialaw.com
4    **SAGARIA LAW, P.C.**
     333 West San Carlos Street, Suite 620
5    San Jose, CA 95110
     408-279-2288 ph: 408-279-2299 fax
6    Attorneys for Plaintiff

7    George G. Weickhardt (CA 58586)
     gweickhardt@rmkb.com
8    Wendy C. Krog (CA 257010)
     wkrog@rmkb.com
9    **ROPERS, MAJESKI, KOHN & BENTLEY**
     75 Broadway Street
10   San Francisco, CA 94105-1667
     415.543.4800 Ph; 415.972.6301 Fx
11   Attorneys for Defendant Chase Bank USA, N.A.

12

13                    **IN THE UNITED STATES DISTRICT COURT**

14                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                              **OAKLAND DIVISION**

16

17   LORI RUIZ**,**                          Case No.: 4:13-cv-01508-YGR

18                  Plaintiff,               STIPULATED REQUEST FOR DISMISSAL
                                             AND ~~[PROPOSED]~~ ORDER
19          v.

20   CHASE BANK USA, NATIONAL
21   ASOCIATION an FDIC insured corporation
     and DOES 1 through 100 inclusive**,**
22

23

24                  Defendants.

25

26

27

28

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Lori Ruiz and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**Sagaria Law, P.C.**

Dated:   November 14, 2013

*/s/ Jarrett S. Osborne-Revis*
Jarrett S. Osborne-Revis
Attorneys for Plaintiff

Dated: November 14, 2013

**ROPERS, MAJESKI, KOHN & BENTLEY, P.C.**

By: */s/ GEORGE G. WEICKHARDT*
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.

I, Jarrett S. Osborne-Revis, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that George G. Weickhardt has concurred in this filing.

*/s/ Jarrett S. Osborne-Revis*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: November 15, 2013

UNITED STATES DISTRICT JUDGE